AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

<table>
<tr><td>SOUTHEAST BULLY KENNELS, LLC and JAMES OXENDINE<br><br>_____<br>*Plaintiff(s)*<br><br>v.<br><br>MATTHEW SIEBENTHAL,<br>individually; MATTHEW<br>SIEBENTHAL d/b/a VENOMLINE<br>POCKET BULLIES; MATTHEW<br>_____<br>*Defendant(s)*</td><td>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)</td><td>Civil Action No. 9:26-cv-80876</td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  MATTHEW SIEBENTHAL
7904 Aztec Ct.
Lake Worth, FL 33463

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Lorri Lomnitzer, Esq.
The Lomnitzer Law Firm, P.A.
7999 N Federal Hwy Suite 202
Boca Raton, FL 33487
Litigation@LomnitzerLaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:  Jul 27, 2026

Angela E. Noble
Clerk of Court

*s/ S.Carlson*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| SOUTHEAST BULLY KENNELS, LLC and JAMES OXENDINE | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) ) | Civil Action No.  9:26-cv-80876 |
| MATTHEW SIEBENTHAL, individually; MATTHEW SIEBENTHAL d/b/a VENOMLINE POCKET BULLIES; MATTHEW | ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Texas Size Bullies LLC
MATTHEW SIEBENTHAL  - Registered Agent
7904 Aztec Ct.
Lake Worth, FL 33463


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Lorri Lomnitzer, Esq.
The Lomnitzer Law Firm, P.A.
7999 N Federal Hwy Suite 202
Boca Raton, FL 33487
Litigation@LomnitzerLaw.com


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:   Jul 27, 2026

*s/ S.Carlson*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

| | |
|---|---|
| SOUTHEAST BULLY KENNELS, LLC and JAMES OXENDINE<br><br>_____<br>*Plaintiff(s)*<br><br>v.<br><br>MATTHEW SIEBENTHAL, individually; MATTHEW SIEBENTHAL d/b/a VENOMLINE POCKET BULLIES; MATTHEW<br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No.  9:26-cv-80876<br>)<br>)<br>)<br>)<br>)<br>) |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   The Bully King Magazine
c/o MATTHEW SIEBENTHAL
7904 Aztec Ct.
Lake Worth, FL 33463

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Lorri Lomnitzer, Esq.
The Lomnitzer Law Firm, P.A.
7999 N Federal Hwy Suite 202
Boca Raton, FL 33487
Litigation@LomnitzerLaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:   Jul 27, 2026

Angela E. Noble
Clerk of Court

*s/ S.Carlson*

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Southern District of Florida

| | |
|---|---|
| SOUTHEAST BULLY KENNELS, LLC and JAMES OXENDINE | ) ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) ) Civil Action No.  9:26-cv-80876 |
| MATTHEW SIEBENTHAL, individually; MATTHEW SIEBENTHAL d/b/a VENOMLINE POCKET BULLIES; MATTHEW | ) ) ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   ABC Corporations 1-5
c/o MATTHEW SIEBENTHAL
7904 Aztec Ct.
Lake Worth, FL 33463

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Lorri Lomnitzer, Esq.
The Lomnitzer Law Firm, P.A.
7999 N Federal Hwy Suite 202
Boca Raton, FL 33487
Litigation@LomnitzerLaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:   Jul 27, 2026

Angela E. Noble
Clerk of Court

*s/ S.Carlson*

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| SOUTHEAST BULLY KENNELS, LLC and JAMES OXENDINE<br><br>*Plaintiff(s)*<br>v.<br><br>MATTHEW SIEBENTHAL, individually; MATTHEW SIEBENTHAL d/b/a VENOMLINE POCKET BULLIES; MATTHEW<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No.  9:26-cv-80876 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  The Bully Throne Magazine
c/o MATTHEW SIEBENTHAL
7904 Aztec Ct.
Lake Worth, FL 33463

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Lorri Lomnitzer, Esq.
The Lomnitzer Law Firm, P.A.
7999 N Federal Hwy Suite 202
Boca Raton, FL 33487
Litigation@LomnitzerLaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:   Jul 27, 2026

*s/ S.Carlson*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| SOUTHEAST BULLY KENNELS, LLC and JAMES OXENDINE | ) ) ) ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.  9:26-cv-80876 |
| MATTHEW SIEBENTHAL, individually; MATTHEW SIEBENTHAL d/b/a VENOMLINE POCKET BULLIES; MATTHEW | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Venomline Pocket Bullies
c/o MATTHEW SIEBENTHAL
7904 Aztec Ct.
Lake Worth, FL 33463

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Lorri Lomnitzer, Esq.
The Lomnitzer Law Firm, P.A.
7999 N Federal Hwy Suite 202
Boca Raton, FL 33487
Litigation@LomnitzerLaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:  Jul 27, 2026


*s/ S.Carlson*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court